**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY LANGLEY, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:16-cv-00538 |
| | ) |
| v. | ) |
| COUNTY OF ORANGE, a public | ) |
| entity, CLAUDIA RIVERA, an | ) |
| individual; CAROL TAYLOR, an | ) |
| individual; NIKOLE SEALS, an | ) |
| individual; LAURI LUCHONOK, an | ) **[PROPOSED] PROTECTIVE ORDER** |
| individual; CAROL BUTZKE, an | ) **REGARDING JUVENILE CASE** |
| individual; SUSAN HOLL, an | ) **FILES AND LAW ENFORCEMENT** |
| individual; VERONICA ZUNIGA, an | ) **FILES SUBJECT TO CALIFORNIA** |
| individual; JAMES WALDRON, an | ) **WELFARE AND INSTITUTIONS** |
| individual; GABRIEL J. BOWNE, an | ) **CODE §§ 827 AND 828, AND ANY** |
| individual; CITY OF NEWPORT | ) **RELATED DOCUMENTS (COUNTY** |
| BEACH, a public entity; PENNY | ) **OF SANTA BARBARA)** |
| FREEMAN, an individual; DON | ) |
| PROUTY, an individual; and DOES 1- | ) |
| 10, inclusive, | ) |
| | ) |
| Defendants. | ) |

1

COMES NOW, the Court upon review of the stipulation of the parties and upon good cause being shown, entering the following as the Order of the Court in the above entitled matter:

1.     Any documents consisting of the Juvenile Case File (as defined by California Rule of Court 5.552), which includes the County of Santa Barbara Superior Court Juvenile Court Files, records and transcripts and the County of Santa Barbara Department of Social Services files and records, including electronically stored information received by any of the parties in response to petitions under California Welfare Institutions Code Section 827 and 828 (as to law enforcement files and records) and during discovery during this matter will be subject to this Protective Order and the Federal Rules of Civil Procedure and federal case law. Any such files will be identified by uniformly bate stamped for use by the parties in this matter. Said documents and records may be used by and/or transmitted to, counsel for the parties in this matter, their office staff and employees necessary to their representation of their clients, to any party and their representatives, to any experts, to any witnesses, and to those individuals necessary for carrying out the duties and responsibilities necessary to this litigation.

2.     No Juvenile Case File and any related law enforcement documents, records, transcripts and files shall be attached or made part of the public record in this civil action, or shall be made accessible to the public. If a party wishes to file any such document, the document must be filed under seal. The parties shall follow and abide by applicable laws and the U.S. District Court, Central District Policies and Procedures and the Court's chambers rules, with respect to filing documents under seal.

///

///

///

Protective Order Regarding Juvenile
Case Files and Related Documents

Case No. 8:16-cv-00538

1
2          3.     The Court may modify this protective order for good cause shown, in

3    the interests of justice, and/or for public policy reasons.

4          IT IS SO ORDERED.

5
    Dated:  October 10, 2017              _____/S/ FREDERICK F. MUMM___
6                                          Honorable Frederick F. Mumm
7                                          United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Protective Order Regarding Juvenile
Case Files and Related Documents

Case No. 8:16-cv-00538