JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LANGLEY and JENNIFER LANGLEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, a public entity, CLAUDIA RIVERA, an individual; CAROL TAYLOR, an individual; NIKOLE SEALS, an individual; LAURI LUCHONOK, an individual; CAROL BUTZKE, an individual; SUSAN HOLL, an individual; VERONICA ZUNIGA, an individual; JAMES WALDRON, an individual; GABRIEL J. BOWNE, an individual; CITY OF NEWPORT BEACH, a public entity; PENNY FREEMAN, an individual; DON PROUTY, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:16-CV-00538 AB-FFM<br><br>Assigned for All Purposes to:<br>Judge Andre Birotte, Jr. - Dept. 4<br>Magistrate Frederick F. Mumm – Dept. 580<br><br>**ORDER DISMISSING CIVIL ACTION** |

1  THE COURT having been advised by counsel that the above-entitled action
2  has been settled;
3  IT IS THEREFORE ORDERED that this action is hereby dismissed without
4  costs and without prejudice to the right, upon good cause shown within **90 days**, to
5  reopen the action if settlement is not consummated. This Court retains full
6  jurisdiction over this action and this Order shall not prejudice any party to this
7  action. All dates are vacated.

IT IS SO ORDERED

DATED: July 16, 2018

_____
Honorable Andre Birotte Jr.
U.S. District Court Judge